ANNIE SIEGEL, Respondent, *v.* H. & E. HOLDING COMPANY, INC., and Others,
            Defendants.   (GEORGE PRYOR NEWMAN, Appellant.)

*Mortgages — foreclosure — sale set aside on condition that appellant who had contract
    of purchase give bond to bid amount of present bid and that appellant be made
    party to action.*

Appeal by John Pryor Newman from an order of the Supreme Court, made at
the New York Special Term and entered in the New York county clerk's office
on September 20, 1927, denying his motion to be made a party defendant in the

action, with leave to appear and plead therein, and to vacate the judgment of foreclosure and sale and the sale thereunder in the action.

PER CURIAM. The order appealed from should be modified by setting aside the same on condition that appellant file a bond to bid at least $34,500, that being the price at which the property was sold to the Acme Company; and by providing that appellant be made a party to the action, so that, in the event that some third party buys the property, he may claim the surplus in a surplus-money proceeding by reason of his contract of sale. As so modified the order should be affirmed, with ten dollars costs and disbursements to the appellant. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. Order modified as directed in opinion and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Settle order on notice.